United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 17, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60721
Conference Calendar
_____

PEDRO LUIS SANCHEZ,

Petitioner-Appellant,

versus

KHURSHID Z. YUSUFF,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:01-CV-297-BrS
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Pedro Luis Sanchez, federal prisoner # 03833-030, appeals the district court's dismissal of his petition challenging the validity of his conviction and sentence under 28 U.S.C. § 2241. Because Sanchez's 28 U.S.C. § 2241 petition challenged the validity of his conviction and sentence, Sanchez had to show that 28 U.S.C. § 2255 provided him with an inadequate or ineffective remedy. Tolliver v. Dobre, 211 F.3d 876, 878 (5th Cir. 2000). However, Sanchez has failed to make a sufficient showing. Cf.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Wesson v. U.S. Penitentiary, Beaumont, TX, 305 F.3d 343, 347-48 (5th Cir. 2002).  The district court's dismissal of Sanchez's 28 U.S.C. § 2241 petition is therefore AFFIRMED.  Sanchez's other motions are DENIED.